**MARK W. COLEMAN #117306**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR   Defendant,
                MARVIN MICHAEL RILEY

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

**\* \* \* \* \* \***

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:08-MJ-00162 GSA |
| Plaintiff, | |
| vs. | **APPLICATION FOR ORDER ALLOWING TRAVEL** |
| MARVIN MICHAEL RILEY, | |
| Defendant. | |

TO:   THE UNITED STATES DISTRICT COURT; UNITED STATES ATTORNEY'S OFFICE and/or ITS REPRESENTATIVES:

The defendant, MARVIN MICHAEL RILEY, hereby applies to this Court for an Order allowing travel as set forth below.

The travel dates all represent pre-scheduled work related travel and necessary for Mr. Riley's work.  Mr. Riley has talked to his Pre-trial Services Officer, Jacob Scott, in Fresno and Stacey Barrios in Santa Ana, and they have no objection to the request.

Dated: August 6, 2008.

                                        /s/ Mark W. Coleman

                                        MARK W. COLEMAN
                                        NUTTALL & COLEMAN
                                        Attorneys for Defendant,
                                        MARVIN MICHAEL RILEY

**ORDER**

**GOOD CAUSE APPEARING** therefore it is hereby ordered that Mr.

Riley be allowed to travel on the following dates to the

following places:

August 18th through August 31st, 2008 - Essen, Germany.

September 10th through September 12th, 2008 - King of Prussia, Pennsylvania.

September 23rd through September 25th, 2008 - Shakopee, Minnesota.


IT IS SO ORDERED.

**Dated:   August 14, 2008**            **/s/ Gary S. Austin**
                                   UNITED STATES MAGISTRATE JUDGE