(SPACE BELOW FOR FILING STAMP ONLY)

**MARK W. COLEMAN #117306**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR   Defendant,
MARVIN MICHAEL RILEY

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

\* \* \* \* \* \*

| UNITED STATES OF AMERICA, | Case No.: 1:08-MJ-00162 GSA |
|---|---|
| Plaintiff, | |
| vs. | **WAIVER OF DEFENDANT'S PERSONAL APPEARANCE AT STATUS CONFERENCE** |
| MARVIN MICHAEL RILEY, | |
| Defendant. | |

TO:   THE UNITED STATES DISTRICT COURT; UNITED STATES ATTORNEY'S OFFICE and/or ITS REPRESENTATIVES:

The defendant, MARVIN MICHAEL RILEY, hereby waives the right to be present in person in open court upon the Status Conference set for September 9, 2008, and any further hearings.  He confirms his attorneys request of the court that his presence be waived for such hearing.  The defendant hereby requests the court to proceed in his absence and agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if the defendant were personally present.  This waiver is pursuant to the Federal Rules of Criminal Procedure, Rule 43(c)(3), which provides that the presence of the defendant is not required

"when the proceeding involves only a conference or hearing upon a questions of law" as the hearing on September 9, 2008, involves only a Status Conference.

Dated: August 6, 2008.

                                  /s/ Marvin Michael Riley
                                  MARVIN MICHAEL RILEY, Defendant

APPROVED:

/s/ Mark W. Coleman

MARK W. COLEMAN
NUTTALL & COLEMAN
Attorneys for Defendant,
MARVIN MICHAEL RILEY

**ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that the defendant's appearance may be waived for the Status Conference on September 9, 2008.

IT IS SO ORDERED.

**Dated:   August 14, 2008**           **/s/ Gary S. Austin**
                                                     UNITED STATES MAGISTRATE JUDGE