**MARK W. COLEMAN #117306**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR   Defendant,
MARVIN MICHAEL RILEY

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>     vs.<br><br>MARVIN MICHAEL RILEY,<br><br>         Defendant. | Case No.: 1:08-MJ-00162 GSA<br><br>**EX PARTE APPLICATION FOR APPROVAL OF COUNSELING PLAN** |

TO:   THE UNITED STATES DISTRICT COURT; UNITED STATES ATTORNEY'S OFFICE and/or ITS REPRESENTATIVES:

   The defendant, MARVIN MICHAEL RILEY, hereby applies to this Court for an Order approving a counseling treatment plan designed by his therapist, Karen Rippy, Ph.D., MFT.

   On October 9, 2008, Michael Riley was, as part of his probation, ordered to attend an Anger Management course.  At Mr. Riley's sentencing hearing the court indicated that it would consider a proposal submitted by defendant.

///
///
///
///

Defendant hereby requests that the court approve the proposal as outlined in the letter from Karen Rippy, attached hereto as Exhibit "A," and that upon receipt of the letter of successful completion the defendant be deemed to have completed his anger management requirement.

Dated: November 3, 2008.        NUTTALL & COLEMAN

/s/ Mark W. Coleman
_____
MARK W. COLEMAN
Attorneys for Defendant,
MARVIN MICHAEL RILEY

**\* \* \* \***

**ORDER**

**GOOD CAUSE APPEARING** therefore

**IT IS HEREBY ORDERED** that defendant, MICHAEL RILEY, enroll in, and complete, the course of treatment as outlined by Karen Rippy, Ph.D., MFT.

**IT IS FURTHER ORDERED** that defendant, MICHAEL RILEY, provide proof of completion of the course of treatment by May 1, 2009.

DATED: November 17, 2008.

   /s/ Gary S. Austin
HONORABLE GARY S. AUSTIN
United States Magistrate Judge
Eastern District of California